# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Reginald J Williams
      Carolyn Williams
            Debtor(s)

Case No. 14-27136

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/24/2014.

2) The plan was confirmed on 01/27/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/18/2016.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,777.00 |
| Less amount refunded to debtor | $130.33 |

**NET RECEIPTS:**     **$20,646.67**

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,861.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $828.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$3,689.97**

Attorney fees paid and disclosed by debtor:     $1,139.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT | Unsecured | 511.69 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 4,607.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL/SP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 6,180.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 14,900.00 | 21,079.23 | 21,079.23 | 6,312.10 | 959.66 |
| APPLIED CARD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENENFICIAL/HFC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENENFICIAL/HFC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 1,942.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,056.00 | 1,106.99 | 1,106.99 | 66.37 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CCS | Unsecured | 100.56 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 15,622.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cfoacu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO FIRE OFFICERS CU | Secured | 15,261.12 | 13,834.22 | 13,834.22 | 0.00 | 0.00 |
| CHICAGO FIRE OFFICERS CU | Secured | 8,685.67 | 7,362.83 | 7,362.83 | 0.00 | 0.00 |
| CHICAGO FIRE OFFICERS CU | Unsecured | NA | NA | 13,834.22 | 829.39 | 0.00 |
| CHICAGO FIRE OFFICERS CU | Unsecured | NA | NA | 7,362.83 | 441.42 | 0.00 |
| CITI RESIDENTIAL LENDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 409.00 | 903.32 | 903.32 | 44.06 | 0.00 |
| COMENITY BANK | Unsecured | 1,971.00 | 2,218.76 | 2,218.76 | 133.01 | 0.00 |
| COMENITY BANK | Unsecured | 897.00 | 942.28 | 942.28 | 45.94 | 0.00 |
| COMENITY BANK | Unsecured | 177.00 | 206.12 | 206.12 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 443.00 | 702.54 | 702.54 | 34.26 | 0.00 |
| COMENITY BANK | Unsecured | 327.00 | 506.24 | 506.24 | 19.02 | 0.00 |
| DENOVUS CORPORATION LTD | Unsecured | 325.74 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MA( | Unsecured | 1,555.00 | 1,654.63 | 1,654.63 | 99.20 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,842.58 | 7,842.58 | 7,842.58 | 470.16 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,529.80 | 1,529.80 | 1,529.80 | 1,529.80 | 0.00 |
| JB ROBINSONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 571.00 | 571.29 | 571.29 | 34.24 | 0.00 |
| LVNV FUNDING | Unsecured | 8,686.00 | 1,742.92 | 1,742.92 | 104.49 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASSEL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing | Unsecured | 105,889.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing | Secured | 92,090.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 3,408.97 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,491.00 | 2,700.57 | 2,700.57 | 161.89 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 426.00 | 454.18 | 454.18 | 17.06 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 737.00 | 737.30 | 737.30 | 35.96 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 474.00 | 535.03 | 535.03 | 20.10 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 972.00 | 900.95 | 900.95 | 43.94 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 534.00 | 560.15 | 560.15 | 21.05 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 483.00 | 584.33 | 584.33 | 35.04 | 0.00 |
| SADINO FUNDING LLC | Unsecured | 0.00 | 2,725.74 | 2,725.74 | 163.43 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 0.00 | 3,823.00 | 3,823.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | NA | 3,697.13 | 3,697.13 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 3,973.00 | 3,823.00 | 229.19 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,648.00 | 3,697.13 | 3,697.13 | 221.63 | 0.00 |
| STERLING JEWELERS INC | Unsecured | 1,215.00 | NA | 1,240.51 | 74.37 | 0.00 |
| STERLING JEWELERS INC | Secured | NA | 1,240.51 | 1,240.51 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 35.00 | 117.18 | 117.18 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPTARTMENT OF EDUCATION | Unsecured | 0.00 | 7,279.28 | 7,279.28 | 0.00 | 0.00 |
| VSAC Federal Loans | Unsecured | 7,198.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS/STERLING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS/STERLING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS/STERLING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 11,600.00 | 13,032.96 | 13,032.96 | 4,432.90 | 377.02 |
| WELLS FARGO DEALER SVC INC | Unsecured | 1,433.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ILLINOIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,112.19 | $10,745.00 | $1,336.68 |
| All Other Secured | $29,957.69 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$64,069.88** | **$10,745.00** | **$1,336.68** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,529.80 | $1,529.80 | $0.00 |
| **TOTAL PRIORITY**: | **$1,529.80** | **$1,529.80** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$65,150.07** | **$3,345.22** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,689.97 |
| Disbursements to Creditors | $16,956.70 |
| **TOTAL DISBURSEMENTS** : | **$20,646.67** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/05/2016                    By: /s/ Tom Vaughn

                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**